UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

**CRIMINAL NO. 03-68-DLB**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**VS.**

**SHAWN PRESBERRY**                                                              **DEFENDANT**

**REPORT AND RECOMMENDATION**

On October 20, 2006 this matter came on for an evidentiary hearing on petition of the United States Probation Office that the defendant, SHAWN PRESBERRY, show cause why his supervised release should not be revoked. The defendant was present in Court and represented by Kerry Neff and the United States was present through Assistant United States Attorney, Elaine Leonhard. The proceedings were recorded by official court reporter Joan Averdick and conducted pursuant to 18 U.S.C. § 3401(I). Oral argument was presented by counsel and the defendant admitted in open court violating the terms of his supervised release as described in the September 29, 2006 violation report of U.S.P.O. Robert C. Frommeyer, Jr.

After being convicted of Conspiracy to Possess with Intent to Distribute Cocaine Base in violation of 21 U.S.C. §846 and 841(a)(1) and (b)(1)(C) the defendant was sentenced on April 26, 2004 to a twelve month and one day period of confinement followed by a six year term of supervised release. On September 3, 2004 defendant's supervised release was revoked for a new law violation and a positive drug test and Presberry was sentenced to eighteen months confinement followed by a four year term of

supervised release. Special conditions of that new supervised release term ordered defendant to participate in a substance abuse treatment program, submit to periodic drug and alcohol testing at the direction of his probation officer, abstain from the use of alcohol, and submit to a search of his person, vehicle, residence, and property. Presberry began his four year term of supervised release on December 8, 2005.

The defendant now stands charged with the following violations:

**VIOLATION #1: YOU SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY NARCOTIC OR OTHER CONTROLLED SUBSTANCE, OR ANY PARAPHERNALIA RELATED TO SUCH SUBSTANCES, EXCEPT AS PRESCRIBED BY A PHYSICIAN.**

On August 17 and September 8, 2006 Presberry submitted urine specimens which returned positive for usage of cocaine.

**VIOLATION #2: YOU SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR PROBATION OFFICER.**

The defendant was residing with his sister in Cincinnati and she reported to U.S.P.O. Frommeyer that on numerous occasions between May, 2006 and September, 2006 Presberry was in Covington, Kentucky associating with old friends who were accustomed to a drug life style, and all of this activity was without the permission or knowledge of U.S.P.O. Frommeyer. On August 12, 2006 the defendant was stopped by Covington police for a traffic violation and arrested on an outstanding warrant from 2003. When confronted with this information by his probation officer on September 8, 2006, the defendant admitted being in Covington numerous times without permission.

**VIOLATION #3: YOU SHALL REPORT TO THE PROBATION OFFICER AS DIRECTED BY THE COURT OR PROBATION OFFICER, AND SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH.**

During his supervision term the defendant had always lived with his sister, Regina Logan, on Birchridge Court in Cincinnati. On August 18, 2006 the defendant's sister advised the probation officer that Presberry had not lived with her in 4-5 months. She explained that Presberry and his girl friend at first lived out of his car and then moved in with the girl friend's cousin in the Clifton area of Cincinnati. When confronted with this information by U.S.P.O. Frommeyer on September 8, 2006 Presberry admitted the above facts and when asked about his failure to disclose that information, Presberry offered no reason. His monthly supervision reports for April, May, June, July, and August, 2006 were deliberately false by providing an inaccurate address.

### **VIOLATION #4: YOU SHALL NOTIFY THE PROBATION OFFICER TEN DAYS PRIOR TO ANY CHANGE OF RESIDENCE OR EMPLOYMENT.**

Based upon the facts set out in Violation #3 and Presberry's admission to the truth of those facts, the defendant failed to notify U.S.P.O. Frommeyer of his change in address as required.

The United States has recommended eighteen months incarceration but defendant requests a lesser sentence because most of the violations occurred in the months of August and September, 2006 due to drug use. However, this violation is the defendant's second supervision term that is being revoked. As noted by U.S.P.O. Frommeyer, in both revocations the defendant resumed drug usage despite efforts made to assist him, and he lied, falsified documents, and tried to manipulate during the course of supervision in order to avoid his offensive conduct. The Court concurs with the probation office that Presberry has not made any real effort to stop his criminal or drug life style. Accordingly;

**IT IS RECOMMENDED:**

1. That the defendant be found to have violated the terms of his supervised release as set out

above;

2. That the defendant, SHAWN PRESBERRY, be sentenced to the custody of the Attorney General for a period of **EIGHTEEN (18) MONTHS** with no supervised release to follow.

Particularized objections to this Report and Recommendation must be filed within ten (10) days of the date of service of the same or further appeal is waived. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Wright v. Holbrook, 794 F.2d 1152, 1154-55) (6th Cir. 1986). **If the defendant wishes to address the District Court prior to sentencing, the defendant must so notify the Court in writing within ten (10) days.** A party may file a response to another party's objections within ten (10) days after being served with a copy thereof. Rule 72(b), Fed.R.Civ.P.

This 23rd day of October, 2006.



Signed By:
J. Gregory Wehrman
United States Magistrate Judge

| TIC | | 12 |
|---|---|---|

4