Eastern District of Kentucky
**FILED**

NOV 8 - 2006

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON**

**CRIMINAL CASE NO. 03-68-DLB**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**                                    **ORDER**

**SHAWN PRESBERRY**                                    **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #103); and there being no objections filed thereto; and Defendant having been given the opportunity to allocute by filing a request to address the Court prior to final sentencing (*id.* at 4), and Defendant having failed to file such notice requesting allocution; and the Court being sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (Doc. #103), be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the Court; that Defendant is found to have **violated** the terms of his supervised release; and that Defendant is **sentenced** to the custody of the Attorney General for a period of **eighteen (18) months,** with no supervised release to follow.

A Judgment shall enter concurrently herewith.

This 7th day of November, 2006.



Signed By:
David L. Bunning
United States District Judge